**CORUS STAAL BV and Corus Steel USA Inc., Plaintiffs–Appellants,**

v.

**DEPARTMENT OF COMMERCE, Defendant–Appellee,**

and

**United States Steel Corporation, Defendant–Appellee,**

and

**National Steel Corporation, Bethlehem Steel Corporation, Steel Dynamics, Inc., Ipsco Steel Inc., Gallatin Steel Company, and Nucor Corporation Defendants.**

**Corus Staal BV and Corus Steel INC., Plaintiffs–Appellees,**

v.

**Department of Commerce, Defendant–Appellee,**

and

**National Steel Corporation and Bethlehem Steel Corporation, Defendants,**

and

**United States Steel Corporation, Defendant–Appellant,**

and

**Steel Dynamics, Inc., Ipsco Steel Inc., Gallatin Steel Company, and Nucor Corporation, Defendants–Appellees.**

Nos. 04–1107, 04–1120.

United States Court of Appeals, Federal Circuit.

March 17, 2004.

McCue, Gregory Sean, Joel D. Kaufman, Steptoe & Johnson, Principal Attorneys, Richard O. Cunningham, Joel D. Kaufman, Alice A. Kipel, Evangeline D. Keenan, of Counsel, Washington, DC, for Plaintiffs–Appellants.

Paul Kovac, Department of Justice, John J. Mangan, Robert E. Lighthizer, Skadden, Arps, Roger B. Schagrin, Schagrin Associates, Principal Attornies, James C. Hecht, Daniel L. Schneiderman, Ellen J. Schneider, Skadden, Arps, Washington, DC, of Counsel, for Defendants–Appellees.

Roger B. Schagrin, Schagrin Associates, Principal Attorney, Washington, DC, for Defendants.

**840**

## ORDER

The parties jointly move to voluntarily dismiss 04–1120. The Department of Commerce moves without opposition for a 21–day extension of time, until April 13, 2004, to file its brief in 04–1107.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) Each side shall bear its own costs as to 04–1120.

(3) The revised official caption in 04–1107 is reflected above.